UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EZCORP, INC. SECURITIES LITIGATION,<br><br>This document applies to:  ALL CASES | No.  14-cv-6834 (ALC) (AJP)<br><br>Date:   April 25, 2017<br>Time:   10:00 a.m.<br>Judge:  Hon. Andrew L. Carter, Jr.<br>Courtroom:     1306 |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

TO:  All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to the Court's January 4, 2017 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 114) (the "Court's Preliminary Approval Order"), on April 25, 2017, at 10:00 a.m. in Courtroom 1306 at the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, the Honorable Andrew L. Carter, Jr., presiding, Lead Plaintiff Automotive Machinists Pension Trust ("Lead Plaintiff" or "Automotive Machinists"), on behalf of itself and the Settlement Class, will and hereby does, move for final approval of the proposed class action Settlement, and for approval of the proposed Plan of Allocation.[1]

This motion is based upon the Memorandum Of Law In Support Of Lead Plaintiff's Motion For Final Approval Of Class Action Settlement And Plan Of Allocation Of Settlement Proceeds; the Declaration Of Timothy A. DeLange In Support Of Final Approval Of Class Action Settlement, The Plan Of Allocation, And Lead Counsel's Application For Award Of Attorneys' Fees And Litigation Expenses; exhibits thereto; the record and proceedings in this Action; and such matters as the Court may consider at the time of the hearing.

To date, no Settlement Class Member has sought exclusion from the Settlement Class. Lead Plaintiff is aware of only one correspondence that is even arguably an objection.  As set forth in the accompanying brief, the correspondence does not object to any specific terms of the Settlement, but merely expresses a general philosophical disagreement with securities class actions.  Pursuant to the Court's Preliminary Approval Order, the deadline for Settlement Class Members to object or to request exclusion from the Settlement Class is April 4, 2017.  In the event

---

[1] Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation And Agreement Of Settlement dated December 23, 2016 (ECF No. 112-1).

that any additional potential objections or any exclusion requests are received, they will be addressed in Lead Plaintiff's reply papers.

Dated:  March 21, 2017                                  Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**

            /s/ Timothy A. DeLange

Blair A. Nicholas (admitted *pro hac vice*)
Timothy A. DeLange (admitted *pro hac vice*)
Richard D. Gluck (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:  (858) 793-0070
Facsimile:  (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
rich.gluck@blbglaw.com

   -and-

Gerald H. Silk
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com

*Counsel for Lead Plaintiff the Automotive Machinists Pension Trust and Lead Counsel for the Settlement Class*